EXHIBIT A

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

**JACKSON PHILLIP MOSLEY**  Case Number: _____

vs  Date: **07/09/2020**

**VW CREDIT INC.**  ☐ One of the defendants is being sued in their official capacity.

| Name: **Jackson Mosley** | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☒ Self (Pro Se) |
| Telephone No.: Six digit Unified Bar No.: **703-395-1596** | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury
Demand: $_____   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____  Judge: _____  Calendar #:_____

Case No.:_____  Judge: _____  Calendar#:_____

703-395-1596

NATURE OF SUIT:    (*Check One Box Only*)

**A. CONTRACTS**            **COLLECTION CASES**

☐ 01 Breach of Contract        ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty        ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument     ☐ 27 Insurance/Subrogation                 ☐ 26 Insurance/Subrogation
☐ 07 Personal Property              Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☐ 13 Employment Discrimination ☐ 07 Insurance/Subrogation                 ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees         Under $25,000 Pltf. Grants Consent         Under $25,000 Consent Denied
                               ☐ 28 Motion to Confirm Arbitration
                                    Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile              ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion              ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 10 Invasion of Privacy           ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection     ☒ 11 Libel and Slander                    Not Malpractice)
☐ 03 Assault and Battery         ☐ 12 Malicious Interference        ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution         ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal             ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 21 Asbestos
☐ 07 False Arrest                ☒ 16 Negligence- (Not Automobile,  ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                            Not Malpractice)              ☐ 23 Tobacco
                                                                    ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE   ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_/s/_ _____                    07/09/2020 _____
Signature                                        Date

CV-496/ June 2015

MR. JACKSON PHILLIP MOSLEY
301 M STREET, SW, #1004
WASHINGTON, DC 20024
703-395-1596

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

# CIVIL DIVISION

| | |
|---|---|
| JACKSON PHILLIP MOSLEY,<br><br>301 M STREET, SW, #1004,<br><br>WASHINGTON, DC 20024,<br><br>Plaintiff,<br><br>vs.<br><br>VW CREDIT INC. d/b/a AUDI FINANCIAL<br><br>SERVICES<br><br>OF<br><br>2200 FERDINAND PORSCHE DRIVE<br><br>HERNDON, VA 20171<br><br>Defendant | Case No.: No. _____<br><br>JACKSON PHILLIP MOSLEY v. AUDI FINANCIAL SERVICES |

1. Jurisdiction of this court is founded on District of Columbia Code, Title 13 (§ 13–423), which states that a District of Columbia court may exercise personal jurisdiction over a person, who acts directly or by an agent, as to a claim for relief arising from the person's transacting any business in the District of Columbia, and the

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA – CIVIL DIVISION**

14    plaintiff residing in the District of Columbia at the time the suit is filed;

15           2. Plaintiff alleges that on or about February of 2019, Plaintiff, while attempting to purchase his first home,

16    discovered that an unauthorized automotive lease account for a 2017 Audi A4 sedan was opened with Defendant in

17    May of 2016 by someone using Plaintiff's name and information. The lease was subsequently defaulted on, and the

18    vehicle was repossessed from a District of Columbia towing lot after the vehicle was found in digital records as

19    being towed for a street cleaning violation. Plaintiff previously did business with Defendant in May of 2015, leasing

20    a 2015 Audi A3. That vehicle lease was paid-in-full by insurance when Plaintiff was in a severe accident caused by

21    an Uber rideshare driver in January of 2016. Plaintiff did not open any other auto lease accounts after the accident

22    and has not owned an automobile since the accident because of a reluctance and general discomfort of driving due to

23    the severity of his injuries sustained in the crash. Plaintiff followed normal procedures for reporting identity theft as

24    prescribed by the Federal Trade Commission including filing of an Identity Theft Affidavit, a police report with DC

25    Metropolitan Police Department, and filing identity theft disputes with the major credit bureaus. Allegedly an

26    investigation was performed by Defendant and Defendant determined that Plaintiff opened the account, yet would

27    not provide any detailed findings to prove Defendant's determination. Plaintiff contacted all the major credit bureaus

28    and was informed that no detailed information was provided by the Defendant proving the results of the

29    investigation, and as a result the failure to provide the required documentation, the account was removed by

30    Transunion, however the account has remained on Plaintiff's Equifax and Experian report. Plaintiff again disputed

31    Defendant's account reporting with Equifax and Experian, with results of the disputes determining the account was

32    opened by Plaintiff, although, yet again, when Plaintiff asked Defendant to provide proof of the findings of

33    Defendant's investigation, Plaintiff was denied access; presumably because the proof did not exist. This is all blatant

34    violations of the FCRA. Plaintiff approached the automobile dealer that was responsible for selling the vehicle to the

35    identity thief, and no records were able to be found of the necessary documentation. A representative of the

36    dealership's financial department informed Plaintiff that it is "fairly easy" to open a new account with Defendant if a

37    consumer has previously done business with Defendant, and that Defendant often provides instant approval and

38    delivery of a vehicle with no "stips," or stipulations, bypassing full verification and due diligence typically required

39    to underwrite a vehicle loan. Defendant's negligence in the initial verification of Plaintiff's identity, in maintaining

40 detailed records, and in performing investigations into the matter, which have subsequently led to the false
41 information being published on Plaintiff's credit report, have resulted in Plaintiff being perceived as untrustworthy
42 and unreliable, both as a borrower of credit and as a potential employee. It has resulted in Plaintiff being denied a
43 Public Trust Clearance and Mortgage Loan Officer license, subsequently preventing Plaintiff from accepting a job
44 he very much wanted that would have furthered his career. Further, his FICO rating has caused Plaintiff to be
45 unfairly subjected to unfavorable terms for financial and insurance accounts, and the denial of a mortgage loan due
46 to Defendant's claims that Plaintiff is an untrustworthy borrower. Defendant continues to report to Equifax and
47 Experian each month as a new "Charge-Off," which continues to impact his credit standing. Additionally, Defendant
48 removed the account that was paid and full and never delinquent, the 2015 Audi A3, from Plaintiff's Equifax report,
49 significantly decreasing his credit rating, and standing as yet another blatant violation of the FCRA. Exhausted with
50 the situation, which has now elapsed over a year since the initial discovery in 2019, Plaintiff has been left with no
51 other recourse than to file this legal action in order to be able reach Plaintiff's immediate goal of purchasing a home
52 prior to his current apartment lease expiration. This complaint serves as Plaintiff's last resort for seeking relief from
53 the Defendant's previous and ongoing negligence. Plaintiff is an upstanding citizen, graduated top of his class from
54 American University, and has countless references proving his character. However, in a world highly dependent on
55 Plaintiff's credit rating, he is perceived in a highly negative light by potential banks, insurance companies,
56 employers, and all other parties seeking credit bureau reports and background checks.
57     3. Plaintiff possesses no formal legal training and is not in a financial position to hire legal counsel at this
58 time. Plaintiff respectfully asks the court to excuse natural ignorance that may be reflected in these legal filings.
59 Plaintiff respectfully asks for equitable relief from the court in this matter. Plaintiff has a pure interest in what is
60 morally right as opposed to creating a taxing legal battle. Plaintiff does not wish to seek monetary damages, but
61 rather asks the court to enter judgement instructing Defendant to do the following:
62 1) Notify and delete errant information on the reports maintained by Equifax
63     a) Automobile lease reported by Defendant, appearing as "VW CREDIT INC," with an alleged account open
64        date of 05/03/2016, with a status as "charged-off account," and a balance of $10,627. The details of the
65        account are: account number 898198152, VIN WAUFNAF43HN011999, 2017 Audi A4 2.0T Sedan.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA – CIVIL DIVISION**

66       b)    Any and all future or current reporting related to this account on any credit bureau report(s) not specifically

67             listed above.

68    2)   Remove Plaintiff's liability of the accounts in question, and issue documentation showing such.

69    3)   Report the correct information, and positive payment history, on the vehicle loan account for the 2015 Audi A3,

70        ACCT #: 89218273 to Equifax. This account is already properly reported to Experian and Transunion.

71

Dated this 24th day of September, 2020

MR. JACKSON PHILLIP MOSLEY
301 M STREET, SW, #1004
WASHINGTON, DC 20024

4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

JACKSON PHILLIP MOSLEY
                                    Plaintiff
           vs.
                                                            Case Number _____
VW CREDIT INC.
                                    Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

JACKSON MOSLEY, PRO SE
Name of Plaintiff's Attorney
301 M Street SW, #1004
Address
WASHINGTON, DC 20024

_____
Telephone

*Clerk of the Court*

By _____
                Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202)879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español